U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration*  tel: (212) 264-2524
*Office of the General Counsel*        fax: (212) 264-6372
*6401 Security Boulevard,*
*Baltimore, MD 21235*

June 14, 2023

MEMORANDUM ENDORSED

**Via CM/ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Mirabito v. Kijakazi*
         Civil Action No. 22-cv-06044-GWG
         Request for Extension of Deadline *nunc pro tunc*

Dear Judge Gorenstein:

      This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. The undersigned writes respectfully to request a one-day *nunc pro tunc* extension of the deadline for filing the Commissioner's Cross-Motion for Judgment on the Pleadings and Opposition to Plaintiff's Motion for Judgment on the pleadings (the Commissioner's Motion). The Commissioner's response was due on June 13, 2023. I respectfully request one additional day, until June 14, 2023, to file the Commissioner's Motion.

      Due to the number and complexity of the issues involved, and to technical problems that arose on Monday and Tuesday, the Commissioner was not able to complete and file her motion by the end of the day on June 14, 2023. The motion was filed as soon as possible after it was completed.

      Due to the late hour, I have not attempted to contact Plaintiff's counsel to seek his consent. I will contact counsel on June 14 and advise the Court of Plaintiff's response upon receipt.

      I apologize to the Court, to Plaintiff, and to Plaintiff's counsel for any inconvenience occasioned by this request. I thank the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

BY:   *s/ Victoria S. Treanor*
      Victoria S. Treanor
      Special Assistant U.S. Attorney
      Office of Program Litigation, Office 2
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      (212) 264-2524
      victoria.treanor@ssa.gov

cc (via ECF): Daniel Berger, Esq., Attorney for Plaintiff

Application granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 14, 2023