**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSE M.,

                Plaintiff,                      22 **CIVIL** 6044 (GRJ)

        -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 07, 2023, plaintiff's Motion for Judgment on the Pleadings (Docket No. 20) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 23) is DENIED; and this case is REMANDED for further proceedings consistent with this Decision and Order, accordingly, this case is closed.

**Dated:**  New York, New York
           August 07, 2023

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                  **BY:**

                                                               **Deputy Clerk**